Nos. 266 and 267. CRESCENT MILLING COMPANY *v.* H. N. STRAIT MANUFACTURING COMPANY. Error to the District Court of the United States for the District of Minnesota. Argued for plaintiff in error March 21, 1919. Decided March 24, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 6 of the Act of September 6, 1916, c. 448, 39 Stat. 726, 727. *Mr. Harris Richardson* for plaintiff in error. *Mr. John I. Dille* and *Mr. John O. P. Wheelwright* for defendant in error.

———

Nos. 268 and 269. CRESCENT MILLING COMPANY *v.* H. N. STRAIT MANUFACTURING COMPANY. Error to the Circuit Court of Appeals for the Eighth Circuit. Argued for plaintiff in error March 21, 1919. Decided March 24, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 128 of the Judicial Code; *Stevenson* v. *Fain,* 195 U. S. 165, 166; *Hull* v. *Burr,* 234 U. S. 712, 720; *St. Anthony Church* v. *Pennsylvania R. R. Co.,* 237 U. S. 575, 577; *Delaware, Lackawanna & Western R. R. Co.* v. *Yurkonis,* 238 U. S. 439, 444. *Mr. Harris Richardson* for plaintiff in error. *Mr. John I. Dille* and *Mr. John O. P. Wheelwright* for defendant in error.

———

No. 270. CRESCENT MILLING COMPANY *v.* H. N. STRAIT MANUFACTURING COMPANY. Appeal from the Circuit Court of Appeals for the Eighth Circuit. Argued for appellant March 21, 1919. Decided March 24, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 128 of the Judicial Code; *Stevenson* v. *Fain,* 195 U. S. 165, 166; *Hull* v. *Burr,* 234 U. S. 712, 720; *St. Anthony Church* v. *Pennsylvania R. R. Co.,* 237 U. S. 575, 577; *Delaware, Lackawanna &*